rafelnesbittinf

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America
FILED
DISTRICT COURT OF GUAM
DEC -4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAFEL NESBITT, <br><br> Defendant. | CRIMINAL CASE NO. 06-00110 <br><br> **INFORMATION** <br><br> **THEFT OF GOVERNMENT PROPERTY** <br> [18 U.S.C. § 641] (Count I) <br> **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** <br> [18 U.S.C. § 1382] (Counts II and III) |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

On or about April 25, 2006, in the District of Guam, the defendant, RAFEL NESBITT, willfully and knowingly, did steal and purloin United States property from U.S. Naval Base Guam, of the value of less than $1000, in violation of Title 18, United States Code, Section 641.

**COUNT II - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**

On or about April 25, 2006, in the District of Guam, the defendant, RAFEL NESBITT, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title 18, United States Code, Section1382.

**COUNT III - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**

On or about April 27, 2006, in the District of Guam, the defendant, RAFEL NESBITT, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, intending to engage in conduct in violation of Title 18, United States Code, Section 641, in violation of Title18, United States Code, Section1382.

DATED this 4th day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
RYAN M. ANDERSON
Special Assistant U.S. Attorney