# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00110**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No**

Defendant Name _____Rafel Nesbitt_____

Alias Name _____

Address _____

_____Barridada, Guam_____

Birthdate xx-xx-1982   SS# Xxx-xx-5720   Sex _M_   Race _PI_   Nationality_____

**U.S. Attorney Information:**

SAUSA _____Ryan Anderson_____

Interpreter: __X__ No ___Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**RECEIVED DEC - 4 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __3__   _____ Petty __X__ Misdemeanor _____ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Theft of Government Property | 1 |
| Set 2 | 18 USC 1382 | Entering Military, Naval or Coast Guard Property | 2-3 |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _12/4/06_   Signature of AUSA: _____[signature]_____