**RECEIVED**

DEC 08 2006

US MARSHALS SERVICE-GUAM

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

**RAFEL NESBITT**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:    **CR-06-00110**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue, Hagatna, Guam | **413** |
| Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, December 14, 2006 at 9:15 a.m.** |

To answer a(n)
☐ Indictment   **X** Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title    **SEE BELOW**    United States Code, Section(s) _____

Brief description of offense:

**18 U.S.C. § 641 - Theft of Government Property (Count I)**

**18 U.S.C. § 1382 - Entering Military, Naval, or Coast Guard Property (Count II)**

**FILED**
DISTRICT COURT OF GUAM

DEC 11 2006

**MARY L.M. MORAN
CLERK OF COURT**

---

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

**December 7, 2006**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| Service was made by me on:[1] | Date 12/11/06 |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS, Hyatts, GA

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12/11/06
                  Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.