rafelnesbittdism

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JAN 29 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00110 |
| Plaintiff, | **MOTION TO DISMISS INFORMATION** |
| vs. | |
| RAFEL NESBITT, | |
| Defendant. | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, RAFEL NESBITT, be dismissed, without prejudice, for the reason that the defendant has been charged by an Information in Magistrate Case No. 07- 00007.

Respectfully submitted this 26th day of January 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Ryan M. Anderson_
RYAN M. ANDERSON
Special Assistant U.S. Attorney