LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00110 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER DISMISSING INFORMATION** |
| vs. ) | |
| ) | |
| RAFEL NESBITT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States' Motion to Dismiss the Information as to defendant, RAFEL NESBITT, is hereby granted.

SO ORDERED this 6th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**